JONATHAN MULLANE

1100 S MIAMI AVE., #2806, MIAMI, FL 33130 U.S.A. | +1 (617) 800-6925 | J.MULLANE@ICLOUD.COM

March 13, 2018

Southern District of Florida, Clerk's Office
Wilkie D. Ferguson, Jr. United States Courthouse
400 North Miami Avenue
8th Floor
Miami, FL 33128



**RE: CASE NO. 1:18-CV-20596-FAM**
**MULLANE v. BARCLAYS BANK DELAWARE INC.**

## RENEWED APPLICATION FOR ENTRY OF DEFAULT

Dear Clerk:

I respectfully renew my request that the clerk of this Court make an entry of default against Defendant Barclays Bank Delaware (hereinafter, "Defendant") in the above-mentioned case.

Please note that the Southern District of Florida does not recognize a "motion to dismiss" as a "responsive pleading." Footnote 9 of *Gould v. Univ. of Miami*, No. 16-25233-CIV-WILLIAMS/SIMONTON, 2017 U.S. Dist. LEXIS 151348 (S.D. Fla. Sep. 19, 2017) is directly on point ("a motion to dismiss is not a responsive pleading [. . .]"). As you are aware, a motion is not a pleading.

Rule 55(a) unambiguously states the following:

"(a) Entering a Default. When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk **must** enter the party's default." (Emphasis supplied).

Furthermore, I note that no motion for a time extension has been filed by Defendant.

If the clerk is unwilling to comply with the plain language of Rule 55(a), I respectfully request that a hearing be scheduled before the Court.

Yours faithfully,

JONATHAN MULLANE

Jonathan Mullane

Cc:     Robert Quinn, Esq. (via first class mail)
        Carlton Fields Jorden Burt, P.A.
        P.O. Box 3239
        Tampa, FL 33601-3239