UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 18-20596-CIV-MORENO**

JONATHAN MULLANE,

        Plaintiff,

vs.

BARCLAYS BANK OF DELAWARE, INC.,

        Defendant.

_____/

## ORDER SETTING HEARING

THIS CAUSE came before the Court upon a *sua sponte* review of the record.  It is

**ADJUDGED** that a hearing shall take place before the undersigned United States District

Judge Federico A. Moreno, at the United States Courthouse, Wilkie D. Ferguson Jr. Building,

Courtroom 13-3, 400 North Miami Avenue, Miami, Florida 33128, on **April 10, 2018 at 9:00**

**AM**.[1]  Counsel shall be prepared to address all pending matters that the Court has not referred to

a magistrate.

DONE AND ORDERED in Chambers at Miami, Florida, this____ 6 ____ of April 2018.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record

Jonathan Mullane
1100 S. Miami Avenue
#2806
Miami, FL 33130
PRO SE

_____

[1] The hearing before Magistrate Judge Louis still will occur at 9:30 AM on April 10, 2018.