Cambridge, Massachusetts,
June 9, 2025.

<u>Via First-Class Mail</u>

Ms. Angela E. Noble
Wilkie D. Ferguson, Jr. U.S. Courthouse
400 North Miami Avenue
Miami, Florida 33128

FILED BY _____ D.C.
JUN 16 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Re: <u>Mullane v. Barclays Bank Delaware</u>, No. 1:18-cv-20596

Dear Ms. Noble:

Notice is hereby given of the following supplemental authorities in the above-styled case:

(i) Prov 1:31-33; 3:25-27, 29-30, 33-34; 8:8-9; 10:9; 11:1, 14, 28, 31; 12:10-11, 19-22; 13:5, 7, 20; 14:5, 14-15, 20-21, 25, 31, 34; 15:9-10, 12, 16, 18, 22, 27; 16:8, 11-14, 16, 18-19; 17:5, 8, 11, 15, 23, 26; 18:5, 11, 16-17; 19:1, 4-7, 10, 17, 22, 28; 20:2, 10, 17-18; 21:13, 15, 27-28; 22:1, 8-10; 22:22-23; 23:3, 10-11; 26:11, 17-19; 27:23-24; 28:2, 4-6, 11, 16, 21, 23, 27; 29:1-2, 4, 7-8, 10, 12, 26; 30:2-3, 10; 31:8-9.

Very respectfully yours,
Jonathan Mullane.

c: Counsel of record

B. JONATHAN MULLANE
30 DONNELL STREET
CAMBRIDGE, MA 02138-1352

BOSTON MA 020
9 JUN 2025 PM 8 L



MS. ANGELA E. NOBLE
CLERK OF COURT
WILKIE D. FERGUSON, JR. COURTHOUSE
400 NORTH MIAMI AVENUE
MIAMI, FLORIDA 33128